AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES ALLEN
          Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV407-040

E. BRETT, CARL DAVIS and
RICHARD JAMES
          Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/14/2007, adopting the Report and

Recommendation of the U.S. Magistrate Judge as the opinion of the Court;

Judgment is hereby entered dismissing this case for failure to state a claim for

relief. This action stands closed.

| | |
|---|---|
| June 14, 2007 | Scott L. Poff |
| Date | Clerk |
| | *Mary Anne Hill* |
| | (By) Deputy Clerk |